Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   213.457.8000
Facsimile:    213.457.8080
Email: mkbrown@reedsmith.com
       tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
Tiffany Renee Thomas (SBN 239085)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:   415.543.8700
Facsimile:    415.391.8269
Email: sboranian@reedsmith.com
       tthomas@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN JOHNSON,<br>　　　　　　　　Plaintiff,<br>vs.<br>MERCK & COMPANY, INC., a corporation;<br>McKESSON CORPORATION, a corporation;<br>AMERISOURCEBERGEN DRUG<br>CORPORATION, a corporation; DOES 1 to 100;<br>PHARMACEUTICAL DEFENDANT DOES 101<br>to 200; and DISTRIBUTOR DOES 201 to 300,<br>inclusive,<br>　　　　　　　　Defendants. | Case No.  3:07-CV-0078-MHP<br><br>[PROPOSED] ORDER GRANTING DEFENDANT MERCK & CO., INC.'S MOTION TO STAY PROCEEDINGS<br><br>Hearing Date: March 5, 2007<br>Time:　　　　 2:00 p.m.<br>Dept:　　　　 18th Fl., Courtroom 15<br>Compl. Filed: December 14, 2006<br>Trial Date:　　None Set<br><br>Honorable Marilyn Hall Patel |

1  Defendant Merck & Co., Inc.'s Motion to Stay Proceedings came on regularly for
2  hearing before this Court on March 5, 2007, at 2:00 p.m. in Courtroom 15. All parties were
3  represented by their respective counsel.
4
5  The Court having considered all papers filed by Plaintiff and Defendant Merck &
6  Co., Inc., as well as all other papers filed in this action and the oral arguments of counsel, and good
7  cause appearing, **ORDERS** as follows:
8
9  Defendant Merck & Co., Inc.'s Motion to Stay Proceedings is GRANTED and all
10 proceedings are stayed pending transfer of this matter to MDL 1657.
11
12 IT IS SO ORDERED.
13
14 DATED: 3/16/2007



The Honorable Marilyn H. Patel
United States District Judge

– 2 –

[PROPOSED] ORDER GRANTING DEFENDANT MERCK & CO., INC.'S MOTION TO STAY PROCEEDINGS